USCA1 Opinion

 

 May 25, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-1152 JOSEPH R. GLIDDEN, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ___________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ___________________ Perry O'Brian on brief for appellant. _____________ Jay P. McCloskey, United States Attorney, and Michael M. _________________ __________ DuBose, Assistant United States Attorney, on brief for appellee. ______ __________________ __________________ Per Curiam. We have reviewed the record and ___________ conclude that the district court's findings were not clearly erroneous. Counsel adequately informed appellant of the government's proposed plea offer and of the likely sentencing benefit of cooperating with the government. The judgment is summarily affirmed pursuant to First Circuit Rule 27.1. -2-